Daniel C. Fleming, Esq.
Wong Fleming, P.C.
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Defendant Empower Retirement LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANNMARIE CRONIN,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES LLC, EMPOWER RETIREMENT LLC, AND JOHN DOE,<br><br>    Defendants. | CIVIL ACTION NO.   23-cv-4106 |

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES**
**DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

TO:  Richmond County Supreme Court, Civil Term         Matthew J. Ayers, Esq.
     26 Central Avenue                                  Crawford DeSantis Mancuso, LLP
     Supreme Court                                      900 South Avenue, Suite 204
     1st Floor                                          Staten Island, NY 10314
     Staten Island, NY 10301                            *Attorneys for Plaintiff*

     Fidelity Brokerage Services LLC
     245 Summer Street
     Boston, MA 02210

 PLEASE TAKE NOTICE that Defendant Empower Retirement, LLC ("Empower")

respectfully alleges as follows:

1. On April 24, 2023, a Verified Complaint was filed in the Richmond County Supreme Court, Civil Term, under Index No. 150758/2023 (the "State Court Action"). A true and correct copy of the Verified Complaint and all other relevant pleadings filed in the State Court Action are attached hereto as **Exhibit A**.

2. On May 22, 2023, Plaintiff's counsel represented to Empower that he had served the Summons and a copy of the Verified Complaint by serving the Colorado Secretary of State on May 4, 2023.

3. Empower seeks removal of the State Court Action pursuant to pursuant to 28 U.S.C. 28 U.S.C. §1441(b) on the grounds that Plaintiff's Verified Complaint pleads claims under the laws of the New York that are preempted by the laws of the United States, specifically 29 U.S.C. § 1001 et seq. (the Employee Retirement Income Security Act), whereunder a disputed and substantial federal issue is raised. The United States District Court has jurisdiction on this claim pursuant to 28 U.S.C. § 1331.

4. Defendant Fidelity Brokerage Services LLC ("Fidelity") consents to the removal of the State Court Action to this Court. A true and correct copy of Fidelity's written consent is attached hereto as **Exhibit B**.

5. Based upon the federal question, the State Court Action is hereby removed to the United States District Court for the Eastern District of New York as the district court having jurisdiction over the place where the action is pending, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

6. This Notice of Removal has been timely filed. Empower has not filed any pleadings or other papers in connection with the State Court Action. Simultaneous with the filing of the within Notice of Removal, Empower has given written notice thereof to the Clerk of the Richmond

County Supreme Court, Civil Term, Plaintiff in the State Court Action, and Defendant Fidelity Brokerage Services, LLC.

WHEREFORE, Defendant Empower Retirement LLC respectfully requests that all persons take notice that the State Court Action, presently pending in Richmond County Supreme Court, has been removed to the United States District Court for the Eastern District of New York.

By: */s/ Daniel C. Fleming*
Daniel C. Fleming, Esq.
Wong Fleming, P.C.
821 Alexander Road Suite 200
Princeton, New Jersey  08540
Telephone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Defendant Empower Retirement LLC*

Dated:  June 2, 2023