UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE CRONIN,<br><br>                            Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES LLC, EMPOWER RETIREMENT LLC, AND JOHN DOE,<br><br>                            Defendants. | CIVIL ACTION NO. 23-CV-4106-ENV-RML<br><br>**ORDER AND JUDGMENT** |

THIS MATTER having come before the Court on the Stipulation submitted by the parties; and for good cause shown, it is hereby

**ORDERED** that all claims asserted by Plaintiff, AnnMarie Cronin against Defendants, Fidelity Brokerage Services LLC and Empower Retirement LLC are compelled to binding arbitration through the Financial Industry Regulatory Authority; and it is further

**ORDERED, ADJUDGED AND DECREED** that this action be, and the same is, hereby dismissed with each party to bear its own costs.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 11/9/2023

/s/ *Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close the case.